UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MOSQUEDA,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:14-cv-001891--- JLT<br><br>**ORDER GRANTING STIPULATION TO REMAND THE MATTER TO INDIVIDUAL ARBITRATION OF CLAIMS BROUGHT BY PLAINTIFF SALVADOR MOSQUEDA AND STAY OF CLAIMS PENDING ARBITRATION**<br><br>**(Doc. 10)** |

1. The stipulation of the parties to remand this matter to arbitration is **GRANTED**;

2. The matter is **STAYED**[1] to allow the completion of the arbitration; and

3. Every 120 days and no later than 30 days after the issuance of the arbitrator's decision, counsel **SHALL** file a joint status report; and

4. The Court retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

IT IS SO ORDERED.

   Dated:   **January 14, 2015**            /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The FAA provides, "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . ." 9 U.S.C § 3.